**SEQUOIA ORANGE CO.,
Plaintiff–Appellee,**

v.

**Clayton YEUTTER, Defendant–
Appellant.**

**No. 91–15241.**

United States Court of Appeals,
Ninth Circuit.

March 3, 1993.

Before: BETTY B. FLETCHER, CECIL F. POOLE, and MELVIN BRUNETTI, Circuit Judges.

**ORDER**

The opinion filed August 21, 1992, 973 F.2d 752, is amended as follows:

The first full sentence of the slip opinion at page 10044 (973 F.2d at 758): "The decision also indicated that without these amendments the marketing order should be terminated. *Id.*" is deleted.

Appellee's petition for rehearing and clarification is DENIED.